PAUL HARDIN, JR., PLAINTIFF v. EDGAR A. HILL; FRED O'DANIEL; TORRENCE EDGAR CORRELL; TRUCK DRIVERS UNION, AFL No. 71 ALSO KNOWN AS AND BEING DRIVERS, CHAUFFEURS, WARE-HOUSEMEN, AND HELPERS, LOCAL No. 71, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSE-MEN, AND HELPERS OF AMERICA, AN UNINCORPORATED ASSOCIATION; AND INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUF-FEURS, WAREHOUSEMEN, AND HELPERS OF AMERICA OF WASHINGTON, D. C., AN UNINCORPORATED ASSOCIATION, DEFENDANTS.

(Filed 4 November, 1959.)

APPEAL by defendant International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, from *Craven, Special Judge,* December 1, 1958 Special Civil Term, of MECKLENBURG.

*Robert Cahoon for defendant International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, appellant. No counsel contra.*

PER CURIAM. This appeal is from an order denying appellant's

motion, under special appearance, to dismiss the action for lack of jurisdiction of the person. It presents the questions decided in *Melton v. Hill, ante,* 134; and on authority thereof the order is vacated and the cause is remanded for a hearing *de novo* on appellant's said motion.

Error and remanded.

HIGGINS, J., not sitting.